1  SHELLA DEEN - BAR# 149735
   sd@hogefenton.com
2  STEPHANIE O. SPARKS - BAR# 218438
   sos@hogefenton.com
3  CRYSTAL N. RIGGINS - BAR# 264671
   cnr@hogefenton.com
4  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
5  San Jose, California 95113-2396
   Phone: (408) 287-9501
6  Fax:  (408) 287-2583

7  Attorneys for Plaintiff
   CUBUS SOLUTIONS, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CUBUS SOLUTIONS, INC. | No. 3:14-CV-00809-NC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| SONIC INDUSTRY, LLC, | Date:      May 28, 2014<br>Time:      10:00 AM<br>Courtroom: A, 15th Floor<br>Judge:     MAGISTRATE JUDGE NATHANAEL COUSINS |
| Defendant. | |
| | Complaint Filed:   February 21, 2014 |

   Presently before the Court is Plaintiff CUBUS Solutions, Inc.'s ("CUBUS") Request for Continuance of the Initial Case Management Conference or, In the Alternative, Telephonic Appearance at Initial Case Management Conference, and good cause appearing therefore, the Court hereby GRANTS the Request for Continuance of the Initial Case Management Conference from May 28, 2014 at 10:00 a.m. until _____July 2_____, 2014 at __10:00__ a.m./p.m.. Parties must file a joint case management statement and their consent or declination to proceed before the magistrate judge no later than June 25, 2014.

///

///

-1-
[PROPOSED] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE
3:14-CV-14-00809 NC

\\HFJADOCS\NDrive\86282\Ple\1363910.doc

1   No other dates shall be effected by this Order.

2   **IT IS SO ORDERED.**

5   DATED:   May 22, 2014

GRANTED

*signature*

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE
3:14-CV-14-00809 NC

\\HFJADOCS\NDrive\86282\Ple\1363910.doc