```
 1  SHELLA DEEN - BAR# 149735
    sd@hogefenton.com
 2  STEPHANIE O. SPARKS - BAR# 218438
    sos@hogefenton.com
 3  CRYSTAL N. RIGGINS - BAR# 264671
    cnr@hogefenton.com
 4  HOGE, FENTON, JONES & APPEL, INC.
    Sixty South Market Street, Suite 1400
 5  San Jose, California 95113-2396
    Phone: (408) 287-9501
 6  Fax:  (408) 287-2583

 7  Attorneys for Plaintiff
    CUBUS SOLUTIONS, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CUBUS SOLUTIONS, INC. | No. 3:14-CV-00809-NC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| SONIC INDUSTRY, LLC, | Date: July 2, 2014<br>Time: 10:00 AM<br>Courtroom: A, 15th Floor<br>Judge: MAGISTRATE JUDGE NATHANAEL COUSINS |
| Defendant. | |
| | Complaint Filed: February 21, 2014 |

Presently before the Court is Plaintiff CUBUS Solutions, Inc.'s ("CUBUS") Request for Continuance of the Initial Case Management Conference or, In the Alternative, Telephonic Appearance at Initial Case Management Conference, and good cause appearing therefore, the Court hereby GRANTS the Request for Continuance of the Initial Case Management Conference from July 2, 2014 at 10:00 a.m. until __August 20__, 2014 at __2:00__ ~~a.m.~~/p.m.. A joint case management

/// statement must be filed by August 30, 2014.

///

///

-1-
[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE
3:14-CV-14-00809 NC

\\HFJADOCS\NDrive\86282\Ple\1386984.doc

1  No other dates shall be effected by this Order.

2  **IT IS SO ORDERED.**

5  DATED: _____June 30, 2014_____



_____

-2-
[PROPOSED] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE
3:14-CV-14-00809 NC

\\HFJADOCS\NDrive\86282\Ple\1386984.doc