1  SHELLA DEEN – BAR NO. 149735
   sd@hogefenton.com
2  STEPHANIE O. SPARKS – BAR NO. 218438
   sos@hogefenton.com
3  CRYSTAL N. RIGGINS – BAR NO. 264671
   cnr@hogefenton.com
4  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
5  San Jose, California 95113-2396
   Phone: (408) 287-9501
6  Fax: (408) 287-2583

7  Attorneys for Plaintiff
   CUBUS SOLUTIONS, INC.
8
   PETER L. BERGER – BAR NO. 1174069
9  pberger@LLBL.com
   LEVISOHN BERGER LLP
10 11 Broadway, Suite 615
   New York, New York 10004
11 Phone: (212) 486-7272
   Fax: (212) 486-0323
12
   Attorney for Defendant
13 SONIC INDUSTRY, LLC

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18 | CUBUS SOLUTIONS, INC.         | No. 3:14-CV-00809-NC
19 |     Plaintiff,                | STIPULATED REQUEST AND [PROPOSED]
   |                               | ORDER TO DISMISS PLAINTIFF'S FIRST
20 | vs.                           | AMENDED COMPLAINT WITH PREJUDICE
21 | SONIC INDUSTRY, LLC,          | Complaint Filed:  February 21, 2014
22 |     Defendant.                |

23

24         Plaintiff CUBUS SOLUTIONS, INC. ("Plaintiff") hereby submits this Stipulated Request to

25 Dismiss Plaintiff's First Amended Complaint (Document #9) with prejudice.

26         Plaintiff and Defendant have entered into a confidential settlement and have agreed that

27 Plaintiff will dismiss the First Amended Complaint with prejudice. The Parties hereby stipulate that

28 this Court retain jurisdiction to enforce the Parties' settlement agreement, and further request that

-1-
STIPULATED REQUEST AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT WITH PREJUDICE                                              3:14-CV-14-00809 NC
\\HFJADOCS\NDrive\86282\Ple\1382859.doc

1  this Court expressly retain jurisdiction to enforce the Parties' settlement agreement in any order of
2  dismissal.
3     This action will be dismissed with prejudice in its entirety for all causes of action and against
4  all parties, with each party to bear its own fees and costs.
5     The case management conference set for August 20, 2014 will be vacated.
6  DATED: July 30, 2014

HOGE, FENTON, JONES & APPEL, INC.

By /s/
Shella Deen
Attorneys for Plaintiff
CUBUS SOLUTIONS, INC.

13 DATED: July 30, 2014

LEVISOHN BERGER, LLP

By /s/
Peter L. Berger
Attorneys for Defendant
SONIC INDUSTRY, LLC

20 **IT IS SO ORDERED.**

23 DATED: July 30, 2014

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION

I, Shella Deen, am the ECF user whose User ID and Password are being used to file the STIPULATED REQUEST AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatory Peter L. Berger.

DATED: July 30, 2014

                                              HOGE, FENTON, JONES & APPEL, INC.

                                              By /S/_____
                                                  Shella Deen
                                                  Attorneys for Plaintiff
                                                  CUBUS SOLUTIONS, INC.

STIPULATED REQUEST AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE
\\HFJADOCS\NDrive\86282\Ple\1382859.doc
3:14-CV-14-00809 NC